

Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

### FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
*(Non-Prisoner Context)*

21CV298 LJV

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.**     **Full Name of Plaintiff: NOTE**: *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

John M. Fitzak

-vs-

**B.**     **Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* **Add a separate sheet, if necessary.**

1. Anthony J. Annucci
2. Jason D. Effman
3. James O'Gorman
4. 
5. 
6. 

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: **Federal Question**

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: **Claim arose in Orleans County, New York**

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: **Violation of the First and Fourteenth Amendments; Retaliation.**

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION**  NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: John M. Fitzak

Present Address: 14435 Lakeshore Rd., Kent, NY 14477

Name of Second Plaintiff: _____

Present Address: _____

**DEFENDANT'S INFORMATION**  NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Anthony J. Annucci
Official Position of Defendant (if relevant): Acting Commissioner - NYSDOCCS
Address of Defendant: 1220 Washington Ave., Bldg. 9, Albany, NY 12226

Name of Second Defendant: Jason D. Effman
Official Position of Defendant (if relevant): Associate Commissioner - PREA, NYSDOCCS
Address of Defendant: 1220 Washington Ave., Bldg 9, Albany, NY 12226

Name of Third Defendant: James O'Gorman
Official Position of Defendant (if relevant): Deputy Commissioner for Corr. Fac. - NYSDOCCS
Address of Defendant: 1220 Washington Ave., Bldg. 9, Albany, NY 12226

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
   Yes [ ]   No [✔]

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): _____

Defendant(s):_____

2. Court (if federal court, name the district; if state court, name the county):_____

3. Docket or Index Number:_____

4. Name of Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

    Is it still pending? Yes ☐ No ☐

    If not, give the approximate date it was resolved._____

    Disposition (check those statements which apply):

    ☐ Dismissed (check the statement which indicates why it was dismissed):

        ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
        ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
        ☐ By court due to your voluntary withdrawal of claim;

    ☐ Judgment upon motion or after trial entered for

        ☐ plaintiff
        ☐ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A. FIRST CLAIM:** On (*date of the incident*) **March 2, 2018**_____,

defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) _____
Anthony J. Annucci (NYSDOCCS - Acting Commissioner), Jason D. Effman ( NYSDOCCS - Associate Commissioner - PREA), and James O'Gorman ( NYSDOCCS - Deputy Commissioner for Correctional Facilities)

3

did the following to me (*briefly state what each defendant named above did*): While acting under the color of law, the defendants conspired to reprimand me by suspending me without pay and threatening to issue a Notice of Discipline for alleged statements made by me during a confidential PREA Audit interview conducted on March 1, 2018. This conduct was deliberately initiated within 24 hoiurs of this interview without any regard to my Constitutionally protected First Amendment Right to Free Speech, and the Fourteenth Amendment Right to Due Process. This was done in order to maintain their reputation and credibility with the US Department of Justice and the Auditor, even though, as the Executive tier of the NYSDOCCS, who set policy, they are, or should be, aware of the treatment of their subordinate employees based on US Constitutional protections.

The federal basis for this claim is: First Amendment and Fourteenth Amendment

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: Provide for Monetary Judgement, all legal costs incurred in bringing this suit, and any other relief that the Court deems just and proper.

**B. SECOND CLAIM:** On (*date of the incident*) March 2, 2018,
defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) Anthony J. Annucci (NYSDOCCS - Acting Commissioner), Jason D. Effman (NYSDOCCS - Associate Commissioner-PREA), and James O'Gorman (NYSDOCCS - Deputy Commissioner for Correctional Facilities)

did the following to me (*briefly state what each defendant named above did*): The defendants, again while still acting in their official capacity and under the color of law, authorized the issuance of a Formal Counseling and mandated additional PREA training for bringing Discredit to the NYSDOCCS Agency, which is a direct violation of the US Constitution and NYS Labor Law.

The federal basis for this claim is: Retaliation

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: Provide for Monetary Judgement, all legal costs incurred in bringing this suit, and any other relief that the Court deems just and proper.

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

Provide for Monetary Judgement in the amount of $10,000,000.00 ($10 Million dollars), all legal costs incurred in bringing this suit, and any other relief that the Court deems just and proper.

Do you want a **jury trial**? Yes ✔  No ☐

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on  feb. 25, 2021
             (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

John M. Hok
14435 LAKESHORE RD
KENT, NY 14477

Signature(s) of Plaintiff(s)

21cv298 LJV

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
John M. Fitzak

### DEFENDANTS
Anthony J. Annucci, Jason D. Effman, James O'Gorman

**(b)** County of Residence of First Listed Plaintiff: **Orleans, NY**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro-Se

Attorneys *(If Known)*
NYS Attorney General Leticia James

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF [X] 1   DEF [X] 1

## IV. NATURE OF SUIT
[X] 440 Other Civil Rights

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
First Amendment, Fourteenth Amendment, Retaliation

Brief description of cause:
Willful and deliberate Violatition of First and Fourteenth Amendments and Retaliation

## VII. REQUESTED IN COMPLAINT:
DEMAND $ $10,000,000.00
JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 2-25-21

SIGNATURE OF ATTORNEY OF RECORD: *John M. Fitzak - Pro-Se*

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____