Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| JOHN M. FITZAK | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 21-CV-298 |
| v. | |
| ANTHONY J. ANNUCCI, ET AL | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the defendants' motion to dismiss is granted.

Date: September 23, 2022                                MARY C. LOEWENGUTH
                                                       CLERK OF COURT

                                                       By: s/ Colin
                                                           Deputy Clerk